No. 1973. FÁBREGAS, APPELLEE, *v.* MALDONADO ET AL., APPELLANTS.—Conspiracy and damages. Mayagüez. July 28, 1919. *Dismissed.*

No. 1342. PEOPLE, APPELLANT, *v.* PONCE & GUAYAMA RAILROAD Co., APPELLEE.—Violation of the Weights and Measures Act. Guayama. July 28, 1919. *Reversed.*

No. 1970. DELGADO, APPELLANT, *v.* SÁNCHEZ DELGADO ET AL., APPELLEES.—Ejectment. Humacao. August 1, 1919. *Dismissed.*

No. 1452. PEOPLE, APPELLEE, *v.* CABEZAS, APPELLANT.—Aggravated assault and battery.
No. 1453. PEOPLE, APPELLEE, *v.* DÍAZ HERNÁNDEZ ET AL., APPELLANTS.—Aggravated assault and battery. San Juan, Section 2. November 3, 1919. *Appeals withdrawn.*

No. 1978. GODREAU Co., APPELLANTS, *v.* McCORMICK ET AL., APPELLEES.—Specific performance. Guayama. November 3, 1919. *Appeal withdrawn.*

No. 2084. THE PORTO RICO COAL Co., APPELLEE, *v.* BENEDICTO, TREASURER, APPELLANT.—Refund of taxes. San Juan, Section 1. November 3, 1919. *Appeal withdrawn.*

No. 265. RIVERA, PETITIONER, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Certiorari. November 6, 1919. *Petition denied.*

No. 2074. GUTIÉRREZ DEL ARROYO, APPELLEE, *v.* HEIRS OF GUTIÉRREZ, APPELLANTS.—Debt. San Juan, Section 1. November 6, 1919. *Dismissed.*